PROB 12C
(6/16)

Report Date:  August 3, 2021

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Uriel Balentin Badillo          Case Number: 0980 2:19CR00154-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 30, 2021

Original Offense:          Escape from Custody, 18 U.S.C. §§ 751(a) and 4082(a)

Original Sentence:         Prison - 564 days          Type of Supervision: Supervised Release
                           TSR - 36 days

Asst. U.S. Attorney:       George J.C. Jacobs III     Date Supervision Commenced: June 30, 2021

Defense Attorney:          Nicholas Wright Marchi      Date Supervision Expires: June 29, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting evidence**: Mr. Badillo is alleged to have violated the conditions of supervision by testing positive for methamphetamine on July 7, 2021.

On July 1, 2021, supervised release conditions were reviewed and signed by Mr. Badillo acknowledging his understanding of special condition number 6, which prohibits him from using controlled substances.

On July 6, 2021, Mr. Badillo called this officer and self-disclosed he used methamphetamine on July 5, 2021.  On July 7, 2021, Mr. Badillo reported to the probation office and submitted to a drug screen which tested positive for methamphetamine. Mr. Badillo signed the admission of drug use form admitting to using methamphetamine on July 5, 2021.

Prob12C
**Re: Badillo, Uriel Balentin**
**August 3, 2021**
**Page 2**

2    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting evidence**: Mr. Badillo is alleged to have violated the conditions of supervision by failing to submit to a random urine test at Merit Resource Services (Merit) on July 29, 2021.

On July 1, 2021, supervised release conditions were reviewed and signed by Mr. Badillo acknowledging his understanding of special condition number 6, which requires him to submit to urinalysis.

On this same date, Mr. Badillo also reviewed and signed the substance abuse testing instructions acknowledging his understanding of the testing program. He was instructed to call the Merit color line system and to listen for the color brown. When the color brown was called, he was to report to Merit and submit to a drug screen. On July 29, 2021, the color brown was called and Mr. Badillo failed to report to Merit for a random urine test as instructed.

3    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting evidence**: Mr. Badillo is alleged to have violated the conditions of supervision by testing positive for methamphetamine on or before July 30, 2021.

On July 1, 2021, supervised release conditions were reviewed and signed by Mr. Badillo acknowledging his understanding of special condition number 6, which prohibits him from using controlled substances.

On July 30, 2021, contact was made with Mr. Badillo and he was directed to report to the U.S. Probation Office and submit to a drug test. During the telephone contact, he reported he "slipped up" and would discuss this further upon reporting to the probation office. Mr. Badillo reported as instructed. He self-disclosed that he used methamphetamine on July 28, 2021. Mr. Badillo signed the admission of drug use form admitting to using methamphetamine on July 28, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 3, 2021

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

**Prob12C**
**Re: Badillo, Uriel Balentin**
**August 3, 2021**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Thomas O. Rice
United States District Judge

August 3, 2021
_____
Date